Order issued December _6_ , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00442-CV

**AMERICA FIRST LLOYD'S INSURANCE CO., Appellant**

**V.**

**HARTFORD LLOYD'S INSURANCE CO., Appellee**

## ORDER

We **GRANT** appellant's December 3, 2012 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before December 17, 2012.

DOUGLAS S. LANG
JUSTICE